## IN THE COURT OF APPEALS OF TENNESSEE
## WESTERN SECTION AT NASHVILLE

| | | |
|---|---|---|
| **DAWN LOUISE WADDELL WILLIAMS,** | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | Sumner Chancery No. 89C-244 |
| | ) | |
| **RICHARD DANCE and FRED C. DANCE,** | ) | |
| | ) | |
| Plaintiffs/Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | Appeal No. 01A01-9701-CH-00008 |
| **THOMAS WICKLIFF COMER, Individually and as Trustee, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

**FILED**

**January 28, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

Upon consideration of the petition for rehearing of the Appellants, Richard Dance and Fred C. Dance, the petition is denied.

Enter this _____ day of January, 1998.

_____**HOLLY KIRBY LILLARD, J.**

_____**W. FRANK CRAWFORD, P.J., W.S.**

_____**ALAN E. HIGHERS, J.**